PER CURIAM.

(No. 75-CC-303—

HUNTER WEBB LUMBER COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed December 31, 1974.*

HUNTER WEBB LUMBER COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-313—

ANGELICA UNIFORM Co,, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 31, 1974.*

ANGELICA UNIFORM Co., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.